

Daniel J. Cragg  
dcragg@ecklandblando.com  
612-236-0160

May 4, 2017

**VIA ECF**

US Court of Appeals
316 Robert St. N. #500
Saint Paul, MN 55101

    Re: *Muhammad Abdurrahman v. Mark Dayton, et al;*
          Case Number: 16-4551

Dear Clerk of Court,

    Pursuant to the Court's Notice to Submit Argument Scheduling Conflicts (issued on May 1, 2017), counsel for Appellant in the above-referenced matter hereby inform the Clerk of Court that counsel currently have a conflict on June 7, 2017.

    Counsel will further notify the Court of any relevant schedule changes as they arise.

    Kindest regards,

    /S/DANIEL J. CRAGG
    Daniel J. Cragg