

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

SUITE 1800
445 MINNESOTA STREET
ST. PAUL, MN 55101-2134
TELEPHONE: (651) 297-2040

September 8, 2017

Michael E. Gans
Clerk of Court
U.S. Court of Appeals - Eighth Circuit
Thomas F. Eagleton Court House
111 South 10th Street
St. Louis, MO 63102-1116

    Re:    *Muhammad Abdurrahman v. Mark Dayton, in his official capacity as Governor of the State of Minnesota, Lori Swanson, in her official capacity as Attorney General of the State of Minnesota, and Steve Simon, in his official capacity as Secretary of State for the State of Minnesota*
          **U.S. Court of Appeals File No. 16-4551**

Dear Mr. Gans:

    I represent the Appellees in the above-titled matter. Please be advised that I will not be available for oral argument on the following dates between now and the end of 2017:

    September 20, 2017 through and including September 29, 2017;

    October 2, 2017 through and including October 27, 2017; and,

    November 30, 2017 through and including December 12, 2017.

    Very truly yours,

    /s/ **Nathan J. Hartshorn**
    NATHAN J. HARTSHORN
    Assistant Attorney General

    (651) 757-1252 (Voice)
    (651) 297-1235 (Fax)

    *Attorney for Appellees*

cc:    Daniel J. Cragg, Esq.